# *United States District Court*

## NORTHERN DISTRICT OF CALIFORNIA

# FILED

JUL 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

LUIS FERNANDO ROMERO-FLORES
a/k/a MIGUEL ANGEL-BARAJAS
a/k/a LUIS FLORES, a/k/a LUIS ROMERO
a/k/a LUIS RAMOS-FLORES

Venue: San Francisco

## CRIMINAL COMPLAINT

CASE NUMBER:

### 3    08    7 0 4 5 6

**MEJ**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __March 27, 2008__ in _Napa County_, in the __ Northern __ District of ____ California ____ defendant(s) did,

**OFFENSE:** LUIS FERNANDO ROMERO-FLORES, an alien, after having been removed, excluded, and deported from the United States, was thereafter found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title __8__ United States Code, Section(s) ____1326 ____.

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:
<br>Official Title

## SEE ATTACHED AFFIDAVIT IN SUPPORT OF THIS COMPLAINT

**PENALTIES:** Imprisonment for not more than 20 years, a fine of not more than $250,000.00, a $100.00 dollar special assessment, and 3 years supervised release.

APPROVED AS TO FORM: _____
<br>ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Warrant of Arrest Requested: ☐Yes ☒ No
<br>Bail Amount: **NO BAIL**

_____
<br>Signature of Complainant

Sworn to before me and subscribed in my presence,

__7 2 1 - 0 8__ at __ San Francisco, California __
<br>Date                    City and State

**Honorable Maria-Elena James**
<br>**United States Magistrate Judge**
<br>Name & Title of Judicial Officer

_____
<br>Signature of Judicial Officer

STATE AND NORTHERN DISTRICT OF CALIFORNIA            )
                                                     ) ss, AFFIDAVIT
CITY AND COUNTY OF SAN FRANCISCO                      )

I, Cesar J. Lopez, Deportation Officer, U.S. Immigration and Customs Enforcement (ICE), being duly sworn, depose and state:

## I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.    This affidavit is submitted in support of a criminal complaint against LUIS FERNANDO ROMERO-FLORES, a/k/a MIGUEL ANGEL BARAJAS, a/k/a LUIS FLORES, a/k/a LUIS ROMERO, and a/k/a LUIS RAMOS-FLORES for violating 8 U.S.C. § 1326. The facts set forth in this Affidavit are based on my review of ROMERO-FLORES'S official Immigration file (No. A79 619 847), my personal observations, my training and experience, and where noted, information related to me by other law enforcement officials. However, the facts set forth in this Affidavit are not all facts related to ROMERO-FLORES that I know.

## II. AGENT'S BACKGROUND AND EXPERTISE

2.    I have been a Deportation Officer with the U. S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), formerly the United States Department of Justice (DOJ), Immigration and Naturalization Service (INS), for approximately 14 years. I am currently assigned to ICE's San Francisco, California office, and I am responsible for enforcing federal criminal statutes involving criminal aliens who reenter the United States illegally.

## III. APPLICABLE LAW

3.    Title 8 U.S.C. § 1326 provides criminal penalties for "any alien who . . . has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act . . . ."

## IV. FACTS ESTABLISHING PROBABLE CAUSE

4.    LUIS FERNANDO ROMERO-FLORES, a/k/a MIGUEL ANGEL BARAJAS, a/k/a LUIS FLORES, a/k/a LUIS ROMERO, a/k/a LUIS FERNANDO-FLORES, and a/k/a LUIS RAMOS-FLORES is a 24 year-old male who is a native and citizen of Mexico. ROMERO-FLORES was deported from the United States to Mexico on October 31, 2002.

−1−

5. ROMERO-FLORES last entered the United States illegally on November 01, 2002 by voluntarily crossing into Arizona through the international border with Mexico by foot. ROMERO-FLORES knowingly remained in the United States without first having obtained the consent to reapply for admission from the Attorney General of the United States or the United States Secretary of Homeland Security.

6. The official Immigration file for ROMERO-FLORES contains one executed Warrant of Removal/Deportation. The Warrant of Removal/deportation is dated October 31, 2002, the date that ROMERO-FLORES was deported from the United States to Mexico.

7. On or about March 27, 2008, an ICE agent encountered ROMERO-FLORES pursuant to his release from the Napa County Jail in Napa, California on unrelated charges. ROMERO-FLORES stated that his name was Luis Fernando Romero-Flores. Subsequently, the agent lodged an ICE detainer against him.

8. On July 16, 2008, a full set of rolled fingerprints belonging to ROMERO-FLORES was submitted to the Automated Fingerprint Identification Center ("AFIS"), for verification of the identity. The fingerprint examiner positively identified the fingerprint as belonging to ROMERO-FLORES who had previously been removed from the United States as referenced in paragraph 4 and 6.

9. On July 17, 2008, an ICE agent interviewed ROMERO-FLORES at the ICE office in San Francisco, California. After ROMERO-FLORES was advised of his Miranda rights and the right to speak with the consular or diplomatic officers of his country of citizenship, he admitted that his true name was LUIS FERNANDO ROMERO-FLORES. ROMERO-FLORES admitted that he was a citizen and national of Mexico and that he had been previously deported from the United States. He also admitted that he illegally reentered the United States on November 01, 2002.

10. There is no indication in ICE's official files that ROMERO-FLORES has applied for or been granted the requisite permission to reenter the United States from either the Attorney General of the United States or the Secretary of Homeland Security.

## V. CONCLUSION

11.    On the basis of the above information, I submit that probable cause exists to believe that LUIS FERNANDO R0MERO-FLORES, a/k/a MIGUEL ANGEL BARAJAS, a/k/a LUIS FLORES, a/k/a LUIS ROMERO, and a/k/a LUIS RAMOS-FLORES illegally reentered the United States following deportation, in violation of 8 U.S.C. § 1326.

Cesar J. Lopez
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
San Francisco, California

Subscribed and sworn to before me this ___ day of July, 2008.

The Honorable Maria-Elena James
United States Magistrate Judge
Northern District of California
San Francisco, California

–3–