# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

FILED

08 JUL 31 PM 4: 19

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

WHA

---

## UNITED STATES OF AMERICA,

## V.

### LUIS FERNANDO ROMERO-FLORES

CR 08    0515

---

### DEFENDANT.

---

# INDICTMENT

Title 18, U.S.C. § 1326 - Illegal Reentry by an Alien
After Deportation

---

A true bill.

_____
Foreman

Filed in open court this ___3/___ day of ⁀July
2008

**Brenda Tolbert**
Clerk

Bail, $_____

**Maria Elena James**
**United States Magistrate Judge**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 18, U.S.C. § 1326 - Illegal Reentry by an Alien
After Deportation

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
Imprisonment for not more than ten years;
Fine of up to $250,000.00;
Special assessment of $100.00; and
Supervised release of not more than three years.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 31 PM 4:19

─── DEFENDANT - U.S. ───
LUIS FERNANDO ROMERO-FLORES

DISTRICT COURT NUMBER

CR 08 0015 WHA

─────────── PROCEEDING ───────────
Name of Complaintant Agency, or Person (&Title, if any)
Deportation Officer Cesar Lopez, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

3:08-70456 MAG

Name and Office of Person
Furnishing Information on
THIS FORM     **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y   Matthew L. McCarthy
(if assigned)

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☑ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ 3/27/2008     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ 7/16/2008     Month/Day/Year

☐ This report amends AO 257 previously submitted

─────── ADDITIONAL INFORMATION OR COMMENTS ───────

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT      0515

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )   Criminal No.
                                       )
12      Plaintiff,                     )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                       )   Reentry by an Alien After Deportation
13      v.                             )
                                       )
14  LUIS FERNANDO ROMERO-FLORES,       )   SAN FRANCISCO VENUE
    a/k/a MIGUEL ANGEL-BARAJAS         )
15  a/k/a LUIS FLORES                  )
    a/k/a LUIS ROMERO                  )
16  a/k/a LUIS RAMOS-FLORES

17      Defendant.

18                        INDICTMENT

19  The Grand Jury charges:

20      On or about October 31, 2002, the defendant,

21              LUIS FERNANDO ROMERO-FLORES,

22                  a/k/a Miguel Angle-Barajas,
                        a/k/a Luis Flores,
23                      a/k/a Luis Romero,
                    a/k/a Luis Ramos-Flores,
24

25  an alien, was excluded, deported, and removed from the United States, and thereafter, on or

26  about March 27, 2008, was found in the Northern District of California, the Attorney General of

27  the United States and the Secretary for the Department of Homeland Security not

28

    INDICTMENT

1   having expressly consented to a reapplication by the defendant for admission into the United

2   States, in violation of Title 8, United States Code, Section 1326.

3

4   DATED: _7- 31-09_                    A TRUE BILL.

5                                        _____

6                                        FOREPERSON

7   JOSEPH P. RUSSONIELLO
    United States Attorney

8

9

10  KYLE WALDINGER
    Deputy Chief, Major Crimes Section

11

12  (Approved as to form: _____)
    MATTHEW L. McCARTHY

13  Assitant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

2