UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 19, 2008

Case No.: CR 08-00515 WHA

Title: UNITED STATES -v- LUIS FERNANDO ROMERO-FLORES (custody)

Appearances:

    For the Government: Matt McCarthy

    For the Defendant(s): Dan Blank

Interpreter: Melinda Basker (Spanish Interpreter)   Probation Officer: n/a

Deputy Clerk: Dawn Toland                          Court Reporter: Margo Gurule

**PROCEEDINGS**

1) Trial Setting - HELD

2) 

Case continued to 9/2/08 at 2:00 pm for Change of Plea/Summary Sentencing

**ORDERED AFTER HEARING:**

Parties are attempting to reach a disposition and anticipate a change of plea at the next hearing. Time is excluded from today until 9/2/08 for effective preparation of counsel.