## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: September 2, 2008

Case No.:  CR 08-00515 WHA

Title:  UNITED STATES -v- LUIS FERNANDO ROMERO-FLORES (custody)

Appearances:

    For the Government: Matt McCarthy

    For the Defendant(s): Dan Blank

Interpreter: Melinda Basker        Probation Officer: n/a

Deputy Clerk: Dawn Toland        Court Reporter:  Kathy Sullivan

### PROCEEDINGS

1)  Change of Plea/Sentencing - HELD _____ __ __ __ __ __

2) ____ ___ __ ___ __ ___ __ ___ ___ ____

Case continued to __ for Change of Plea

### ORDERED AFTER HEARING:

Defendant's true name is Luis Fernando Flores-Romero.

Plea Agreement filed. Defendant entered a guilty plea to the One Count Indictment. Defendant request a summary sentencing. The Court found the presentence report unnecessary and proceeded to sentencing.

JUDGMENT: Defendant is committed to the BOP for 1 year and 1 day. Defendant is placed on supervised release for 3 years with the following special conditions: 1) comply with the rules and regulations of the Bureau of Immigration and Customs; 2) no firearms; 3) cooperate with collection of DNA; and 4) pay special assessment of $100. No fine is imposed.