BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ROMERO-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUIS FERNANDO ROMERO- ) <br> FLORES, ) <br> ) <br> Defendant. ) | No. CR 08-0515 WHA <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CORRECT CLERICAL ERROR IN JUDGMENT |

1   Defendant Luis Fernando Romero-Flores and the government stipulate and jointly request that
2   the Court correct a clerical error in the judgment and commitment order in the above-captioned case,
3   brought to the attention of the Court's courtroom deputy by the Bureau of Prisons, pursuant to
4   Federal Rule of Criminal Procedure 36. The judgment and commitment order incorrectly identifies
5   the date that the offense ended as "October 31, 2002." However, the actual date that the offense
6   ended was March 27, 2008.
7   IT IS SO STIPULATED.

8             JOSEPH P. RUSSONIELLO
          United States Attorney
9

10  DATED: December 4, 2008     _____/s/_____
          MATTHEW L. McCARTHY
11            Assistant United States Attorney

12
13  DATED: December 3, 2008     _____/s/_____
          DANIEL P. BLANK
          Assistant Federal Public Defender
14            Attorney for Luis Fernando Flores-Romero

15
16  IT IS SO ORDERED. AN AMENDED JUDGMENT SHALL ISSUE FORTHWITH.
17
18  DATED: December 5, 2008     _____
          WILLIAM ALSUP
19            United States District Judge

*[Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]*

STIPULATION AND ~~PROPOSED~~ ORDER
TO CORRECT CLERICAL ERROR IN JUDGMENT
No. CR 08-0515 WHA